**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-24657-DSW**

**ELY SALECK ELEYA,**

**Plaintiff,**

**v.**

**INTERIM SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, ET AL.,**

**Defendants.**
_______________________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal Without Prejudice ("Joint Stipulation") [ECF No. 35], which represents that Plaintiff, Ely Saleck Eleya, and Defendants, Interim Secretary of the U.S. Department of Homeland Security, Kristi Noem, United States Citizenship and Immigration Services, Director of the U.S. Citizenship and Immigration Services, Joseph B. Edlow, and Director of the Miami Field Office of the U.S. Citizenship and Immigration Services, Elizabeth Ferro, stipulate to dismissal of this matter without prejudice, with each party to bear its own attorneys' fees and costs, unless otherwise agreed. The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE.**

2. Each party shall bear its own attorneys' fees and costs incurred in this case, unless otherwise agreed.

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 11th day of September, 2026.

**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**

cc: Counsel of Record

Ely Saleck Eleya, Pro Se
11200 Biscayne Boulevard, Unit 348
Miami, FL 33181